Order Filed on January 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2©**

Law Offices of Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, NJ 08619

_____
In Re:
          Kpannah T. Kporlor-Smart

---

Case No. **18-17620**

Adv. **No.**

Hearing Date: 02/26/19
Judge: MBK

---

## ORDER TO APPROVE LOAN MODIFICATION AGREEMENT

The relief set forth on page number two (2) is hereby **ORDERED.**

**DATED: January 23, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being brought to the Court on the motion of Kevin C. Fayette on behalf of Debtor(s)

seeking an Order Authorizing Entry of a Final Loan Modification Agreement concerning a

mortgage on real property referenced on the loan modification attached to movant's motion, and

the Court having considered the submissions; and parties having been given timely notice; and

for good cause shown:

1. IT IS ORDERED Debtor(s) is granted approval to enter into a final loan modification.

2. IT IS FURTHER ORDERED that in the event a loan modification is completed and the pre-

petition arrears are capitalized into the loan, secured creditor must withdraw its Proof of Claim or

amend the arrearage portion to the amount paid to date or to zero (0) within thirty ( 30) days of

completion of the loan modification;

3. IT IS FURTHER ORDERED that the Chapter 13 Trustee will suspend disbursements to

secured creditor pending completion of the loan modification.  All money that would otherwise

be paid to the secured creditor will be held until the claim is withdrawn or amended to reflect the

arrearage portion to the amount paid to date or to zero (0);

4. IT IS FURTHER ORDERED that in the event the modification is not consummated; the

secured creditor must notify the Trustee and debtor's attorney of the same.  Any money that was

held by the Trustee pending completion of the modification will then be paid to secured creditor;

and

5.IT IS FURTHER ORDERED that in the event the proof of Claim is amended to the paid to

date, to zero or is withdrawn the Trustee may disburse the funds being held pursuant to this order

to the other creditors in accordance with the provisions of the confirmed plan; and


6.IT IS FURTHER ORDERED that a Debtor(s) must file a Modified Chapter 13 Plan and

Amended Schedule J within twenty (20) days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-17620-KCF
Kpannah T. Kporlor-Smart                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 23, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db              +Kpannah T. Kporlor-Smart,    1602 9th Street,    Ewing, NJ 08638-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2019 at the address(es) listed below:
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin C. Fayette    on behalf of Debtor Kpannah T. Kporlor-Smart kfayette@kevinfayette.com
        Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 5