Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–17620–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kpannah T. Kporlor–Smart
   1602 9th Street
   Ewing, NJ 08638

Social Security No.:
   xxx–xx–2553

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 9, 2018.

On 5/21/19 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date: June 26, 2019
Time: 10:00 AM
Location: Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 21, 2019
JAN: amg

                                                                         Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17620-KCF
Kpannah T. Kporlor-Smart                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: May 21, 2019
                              Form ID: 185             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db          +Kpannah T. Kporlor-Smart,    1602 9th Street,    Ewing, NJ 08638-3016
cr          +Deville Asset Management, LTD,    PO Box 1987,    Colleyville, TX 76034-1987
517459311   +Aarons Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517459313   +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517459315   ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court: Caine & Weiner,     Attn: Bankruptcy,    Po Box 5010,
               Woodland Hills, CA 91365)
517459317   +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517559529   +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
              Tinton Falls, NJ 07724-3001
517459322   +Cu Of Nj,    Po Box 7921,    Ewing, NJ 08628-0921
517523629   #+Deville Asset Mgmt,    1132 Glade Rd.,    Colleyville, TX 76034-4227
517459323   +Deville Mgmt,    Attn: Bankruptcy,    Po Box 1987,    Colleyville, TX 76034-1987
517459324   +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
517459331   +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459337   +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517459338   +The Bureaus Inc,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
517527925   +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 21 2019 23:57:58     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2019 23:57:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517459314   +E-mail/Text: legal@blirentals.com May 21 2019 23:57:30     BLI Rentals,    PO Box 992,
               Emporia, KS 66801-0992
517532861   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 22 2019 00:00:25
               Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
517465705   +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 21 2019 23:59:53
               Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
               4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517459316   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 21 2019 23:57:40
               Comenity Bank/Ashley Stewart,    Attn: Bankruptcy Dept,    Po Box 182125,
               Columbus, OH 43218-2125
517459319   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 21 2019 23:58:39
               Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
               Norwood, MA 02062-2679
517459320   +E-mail/PDF: creditonebknotifications@resurgent.com May 21 2019 23:59:56     Credit One Bank,
               Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517459321   +E-mail/Text: bankruptcy@cunj.org May 21 2019 23:57:50     Credit Union Of New Je,    Po Box 7921,
               Ewing, NJ 08628-0921
517459326    E-mail/Text: camanagement@mtb.com May 21 2019 23:57:36     M & T Bank,    Attn: Bankruptcy,
               PO Box 844,    Buffalo, NY 14240
517609309    E-mail/Text: camanagement@mtb.com May 21 2019 23:57:36     M&T Bank,    P.O. Box 840,
               Buffalo, NY 14240
517459327   +E-mail/Text: bankruptcydpt@mcmcg.com May 21 2019 23:57:56     Midland Funding,
               2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517543484   +E-mail/Text: bankruptcydpt@mcmcg.com May 21 2019 23:57:56     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
517459329   +E-mail/Text: bankruptcy@onlineis.com May 21 2019 23:58:24     Online Collections,    Po Box 1489,
               Winterville, NC 28590-1489
517597686    E-mail/Text: bnc-quantum@quantum3group.com May 21 2019 23:57:52
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517459336   +E-mail/Text: rwjebn@rwjbh.org May 21 2019 23:58:41     Robert Wood Johnson,
               One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
517479584   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2019 00:00:02     T Mobile/T-Mobile USA Inc,
               by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517459312*   +Aarons Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517459318*   +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517459325*   +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
517459330*   +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
517459332*   +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459333*   +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459334*   +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459335*   +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239

```
District/off: 0312-3          User: admin                Page 2 of 2           Date Rcvd: May 21, 2019
                              Form ID: 185               Total Noticed: 32

517459328    ##+New Jersey Advanced Surgical Solutions,   1374 Whitehorse Hamilton Square Road,    Suite 304,
                 Hamilton, NJ 08690-3701
                                                                                 TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Kpannah T. Kporlor-Smart kfayette@kevinfayette.com
              Rebecca Ann Solarz    on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 6
```