Form 149 − ntcvaco

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  18−17620−MBK
                    Chapter:  13
                    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kpannah T. Kporlor−Smart
   1602 9th Street
   Ewing, NJ 08638

Social Security No.:
   xxx−xx−2553

Employer's Tax I.D. No.:

## NOTICE OF ORDER VACATING
## AN ORDER OF DISMISSAL

     NOTICE IS HEREBY GIVEN that Order Dismissing the above−captioned Case which was entered on 12/11/2019 has been vacated effective 12/12/2019.

Dated: December 12, 2019
JAN: wir

                                                                                         Jeanne Naughton
                                                                                        Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                           Case No. 18-17620-MBK
Kpannah T. Kporlor-Smart                                         Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Dec 12, 2019
                              Form ID: 149             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db             +Kpannah T. Kporlor-Smart,    1602 9th Street,    Ewing, NJ 08638-3016
cr             +Deville Asset Management, LTD,    PO Box 1987,    Colleyville, TX 76034-1987
517459311      +Aarons Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517459313      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517459315     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,     Attn: Bankruptcy,    Po Box 5010,
                  Woodland Hills, CA 91365)
517459317      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517559529      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517459322      +Cu Of Nj,    Po Box 7921,    Ewing, NJ 08628-0921
517459323      +Deville Mgmt,    Attn: Bankruptcy,    Po Box 1987,    Colleyville, TX 76034-1987
517459324      +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
517459331      +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459337      +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
517459338      +The Bureaus Inc,    650 Dundee Rd,    Suite 370,    Northbrook, IL 60062-2757
517527925      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2019 00:56:36      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2019 00:56:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517459314      +E-mail/Text: legal@blirentals.com Dec 13 2019 00:56:04      BLI Rentals,   PO Box 992,
                 Emporia, KS 66801-0992
517532861      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2019 01:07:30
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517465705      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 13 2019 01:05:44
                 Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517459316      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 13 2019 00:56:15
                 Comenity Bank/Ashley Stewart,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
517459319      +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 13 2019 00:58:09
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
517459320      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 13 2019 01:05:48      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517459321      +E-mail/Text: bankruptcy@cunj.org Dec 13 2019 00:56:24      Credit Union Of New Je,   Po Box 7921,
                 Ewing, NJ 08628-0921
517459326       E-mail/Text: camanagement@mtb.com Dec 13 2019 00:56:08      M & T Bank,   Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240
517609309       E-mail/Text: camanagement@mtb.com Dec 13 2019 00:56:08      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240
517459327      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2019 00:56:31      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517543484      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2019 00:56:31      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517459329      +E-mail/Text: bankruptcy@onlineis.com Dec 13 2019 00:57:41      Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
517597686       E-mail/Text: bnc-quantum@quantum3group.com Dec 13 2019 00:56:26
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
517459336      +E-mail/Text: rwjebn@rwjbh.org Dec 13 2019 00:58:12      Robert Wood Johnson,
                 One Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
517479584      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2019 01:06:56      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517459312*     +Aarons Sales & Lease,    Attn: Bankruptcy,    Po Box 100039,    Kennesaw, GA 30156-9239
517459318*     +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517459325*     +Jared/Sterling Jewelers,    Attn: Bankruptcy,    Po Box 3680,    Akron, OH 44309-3680
517459330*     +Online Collections,    Po Box 1489,    Winterville, NC 28590-1489
517459332*     +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459333*     +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459334*     +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
517459335*     +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
```

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: Dec 12, 2019
                               Form ID: 149             Total Noticed: 31

517523629     ##+Deville Asset Mgmt,    1132 Glade Rd.,   Colleyville, TX 76034-4227
517459328     ##+New Jersey Advanced Surgical Solutions,    1374 Whitehorse Hamilton Square Road,    Suite 304,
                 Hamilton, NJ 08690-3701
                                                                                         TOTALS: 0, * 8, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette    on behalf of Debtor Kpannah T. Kporlor-Smart kfayette@kevinfayette.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    M&T BANK phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8