UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Kpannah T. Kporlor-Smart | Case No.: ___18-17620___<br><br>Hearing Date: ___12/11/2019___<br><br>Judge: ___Michael B. Kaplan___ |

## ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 12, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court, on its own motion, finds that the Order of Dismissal entered in the above-captioned case was entered in error and must be vacated; and for good cause shown, it is

ORDERED that said Order of Dismissal, dated _____12/11/2019_____ be and the same is hereby vacated.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-17620-MBK
Kpannah T. Kporlor-Smart                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 12, 2019
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2019.
db              +Kpannah T. Kporlor-Smart,   1602 9th Street,   Ewing, NJ 08638-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2019 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin C. Fayette   on behalf of Debtor Kpannah T. Kporlor-Smart kfayette@kevinfayette.com
          Kevin Gordon McDonald   on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Phillip Andrew Raymond   on behalf of Creditor   M&T BANK phillip.raymond@mccalla.com
          Rebecca Ann Solarz   on behalf of Creditor   M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 8