Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–17620–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kpannah T. Kporlor–Smart
    1022 Betty Lane
    Ewing, NJ 08628

Social Security No.:
    xxx–xx–2553

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 1, 2019.

On January 28, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                     March 3, 2020
Time:                      10:00 AM
Location:                 Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 29, 2020
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-17620-MBK
Kpannah T. Kporlor-Smart                                            Chapter 13
        Debtor

**CERTIFICATE OF NOTICE**

District/off: 0312-3           User: admin          Page 1 of 2          Date Rcvd: Jan 29, 2020
                               Form ID: 185         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2020.
db              +Kpannah T. Kporlor-Smart,   1022 Betty Lane,   Ewing, NJ 08628-1635
517459311       +Aarons Sales & Lease,   Attn: Bankruptcy,   Po Box 100039,   Kennesaw, GA 30156-9239
517459313       +Amex,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
517459315      ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   Po Box 5010,
                 Woodland Hills, CA 91365)
517459317       +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
517559529       +Credit Union of New Jersey,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517459322       +Cu Of Nj,   Po Box 7921,   Ewing, NJ 08628-0921
517459323       +Deville Mgmt,   Attn: Bankruptcy,   Po Box 1987,   Colleyville, TX 76034-1987
517459324       +Jared/Sterling Jewelers,   Attn: Bankruptcy,   Po Box 3680,   Akron, OH 44309-3680
517459331       +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
517459337       +Santander Consumer USA,   Po Box 961245,   Ft Worth, TX 76161-0244
517459338       +The Bureaus Inc,   650 Dundee Rd,   Suite 370,   Northbrook, IL 60062-2757
517527925       +The Bureaus, Inc.,   c/o of PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2020 23:28:11     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2020 23:28:10    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: Boldfield@devilleltd.com Jan 29 2020 23:27:38     Deville Asset Management, LTD,
                 PO Box 1987,   Colleyville, TX 76034-1987
517459314      +E-mail/Text: legal@blirentals.com Jan 29 2020 23:27:53     BLI Rentals,   PO Box 992,
                 Emporia, KS 66801-0992
517532861      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 29 2020 23:35:06
                 Bureaus Investment Group Portfolio No 15 LLC,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
517465705      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 29 2020 23:35:02
                 Capital One Auto Finance, a division of Capital On,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517459316      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 29 2020 23:28:03
                 Comenity Bank/Ashley Stewart,   Attn: Bankruptcy Dept,   Po Box 182125,
                 Columbus, OH 43218-2125
517459319      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 29 2020 23:28:36
                 Credit Collections Services,   Attention: Bankruptcy,   725 Canton Street,
                 Norwood, MA 02062-2679
517459320      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 29 2020 23:34:10    Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
517459321      +E-mail/Text: bankruptcy@cunj.org Jan 29 2020 23:28:03     Credit Union Of New Je,   Po Box 7921,
                 Ewing, NJ 08628-0921
517523629      +E-mail/Text: Boldfield@devilleltd.com Jan 29 2020 23:27:38     Deville Asset Mgmt,
                 1132 Glade Rd.,   Colleyville, TX 76034-4227
517459326       E-mail/Text: camanagement@mtb.com Jan 29 2020 23:27:58     M & T Bank,   Attn: Bankruptcy,
                 PO Box 844,   Buffalo, NY 14240
517609309       E-mail/Text: camanagement@mtb.com Jan 29 2020 23:27:58     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240
517459327      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2020 23:28:09     Midland Funding,
                 2365 Northside Dr Ste 300,   San Diego, CA 92108-2709
517543484      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 29 2020 23:28:09     Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517459329      +E-mail/Text: bankruptcy@onlineis.com Jan 29 2020 23:28:29     Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
517597686       E-mail/Text: bnc-quantum@quantum3group.com Jan 29 2020 23:28:07
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517459336      +E-mail/Text: rwjebn@rwjbh.org Jan 29 2020 23:28:37     Robert Wood Johnson,
                 One Robert Wood Johnson Place,   New Brunswick, NJ 08901-1966
517479584      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2020 23:35:16    T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                            TOTAL: 19

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517459312*      +Aarons Sales & Lease,   Attn: Bankruptcy,   Po Box 100039,   Kennesaw, GA 30156-9239
517459318*      +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
517459325*      +Jared/Sterling Jewelers,   Attn: Bankruptcy,   Po Box 3680,   Akron, OH 44309-3680
517459330*      +Online Collections,   Po Box 1489,   Winterville, NC 28590-1489
517459332*      +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
517459333*      +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
517459334*      +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239
517459335*      +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,   Gibbsboro, NJ 08026-0239

```
District/off: 0312-3         User: admin              Page 2 of 2                Date Rcvd: Jan 29, 2020
                             Form ID: 185             Total Noticed: 32
```

```
517459328     ##+New Jersey Advanced Surgical Solutions,   1374 Whitehorse Hamilton Square Road,   Suite 304,
                   Hamilton, NJ 08690-3701
                                                                                    TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin C. Fayette    on behalf of Debtor Kpannah T. Kporlor-Smart kfayette@kevinfayette.com
          Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Phillip Andrew Raymond    on behalf of Creditor    M&T BANK phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8
```