Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−17620−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kpannah T. Kporlor−Smart
  1022 Betty Lane
  Ewing, NJ 08628

Social Security No.:
  xxx−xx−2553

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/27/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 27, 2020
JAN: ckk

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 18-17620-MBK
Kpannah T. Kporlor-Smart                                            Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Aug 27, 2020
                              Form ID: 148             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
db             +Kpannah T. Kporlor-Smart,    1022 Betty Lane,   Ewing, NJ 08628-1635
517459315      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    Po Box 5010,
                 Woodland Hills, CA 91365)
517559529      +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517459322      +Cu Of Nj,   Po Box 7921,   Ewing, NJ 08628-0921
517523629       Deville Asset Mgmt,    POB 788,   Kirkland, WA 98083-0788
517459323      +Deville Mgmt,    Attn: Bankruptcy,   Po Box 1987,    Colleyville, TX 76034-1987
517459324      +Jared/Sterling Jewelers,    Attn: Bankruptcy,   Po Box 3680,    Akron, OH 44309-3680
517459331      +Quality Asset Recovery,    Attn: Bankruptcy,   Po Box 239,    Gibbsboro, NJ 08026-0239
517459338      +The Bureaus Inc,    650 Dundee Rd,   Suite 370,   Northbrook, IL 60062-2757
517527925      +The Bureaus, Inc.,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2020 00:08:30      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2020 00:08:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: Boldfield@devilleltd.com Aug 28 2020 00:07:44      Deville Asset Management, LTD,
                 PO Box 1987,   Colleyville, TX 76034-1987
517459311      +E-mail/Text: bankruptcy@aarons.com Aug 28 2020 00:08:45      Aarons Sales & Lease,
                 Attn: Bankruptcy,   Po Box 100039,    Kennesaw, GA 30156-9239
517459313      +EDI: AMEREXPR.COM Aug 28 2020 03:33:00      Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
517459314      +E-mail/Text: legal@blirentals.com Aug 28 2020 00:08:06      BLI Rentals,   PO Box 992,
                 Emporia, KS 66801-0992
517532861      +EDI: PRA.COM Aug 28 2020 03:33:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
517465705      +EDI: AISACG.COM Aug 28 2020 03:33:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517459316      +EDI: WFNNB.COM Aug 28 2020 03:33:00      Comenity Bank/Ashley Stewart,    Attn: Bankruptcy Dept,
                 Po Box 182125,   Columbus, OH 43218-2125
517459317      +E-mail/Text: ebnnotifications@creditacceptance.com Aug 28 2020 00:07:47      Credit Acceptance,
                 25505 West 12 Mile Rd,   Suite 3000,    Southfield, MI 48034-8331
517459319      +EDI: CCS.COM Aug 28 2020 03:33:00      Credit Collections Services,    Attention: Bankruptcy,
                 725 Canton Street,   Norwood, MA 02062-2679
517459320      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 28 2020 00:13:29      Credit One Bank,
                 Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
517459321      +E-mail/Text: bankruptcy@cunj.org Aug 28 2020 00:08:22      Credit Union Of New Je,   Po Box 7921,
                 Ewing, NJ 08628-0921
517459326       E-mail/Text: camanagement@mtb.com Aug 28 2020 00:08:11      M & T Bank,   Attn: Bankruptcy,
                 PO Box 844,   Buffalo, NY 14240
517609309       E-mail/Text: camanagement@mtb.com Aug 28 2020 00:08:11      M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240
517459327      +EDI: MID8.COM Aug 28 2020 03:33:00      Midland Funding,    2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
517543484      +EDI: MID8.COM Aug 28 2020 03:33:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517459329      +E-mail/Text: bankruptcy@onlineis.com Aug 28 2020 00:08:47      Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
517597686       EDI: Q3G.COM Aug 28 2020 03:33:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
517459336      +E-mail/Text: rwjebn@rwjbh.org Aug 28 2020 00:09:00      Robert Wood Johnson,
                 One Robert Wood Johnson Place,   New Brunswick, NJ 08901-1966
517459337      +EDI: DRIV.COM Aug 28 2020 03:33:00      Santander Consumer USA,    Po Box 961245,
                 Ft Worth, TX 76161-0244
517479584      +EDI: AIS.COM Aug 28 2020 03:33:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517459312*     +Aarons Sales & Lease,   Attn: Bankruptcy,   Po Box 100039,    Kennesaw, GA 30156-9239
517459318*     +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,    Southfield, MI 48034-8331
517459325*     +Jared/Sterling Jewelers,   Attn: Bankruptcy,   Po Box 3680,    Akron, OH 44309-3680
517459330*     +Online Collections,   Po Box 1489,   Winterville, NC 28590-1489
517459332*     +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,    Gibbsboro, NJ 08026-0239
517459333*     +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,    Gibbsboro, NJ 08026-0239
517459334*     +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,    Gibbsboro, NJ 08026-0239
517459335*     +Quality Asset Recovery,   Attn: Bankruptcy,   Po Box 239,    Gibbsboro, NJ 08026-0239
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Aug 27, 2020
                              Form ID: 148             Total Noticed: 32
```

```
517459328     ##+New Jersey Advanced Surgical Solutions,    1374 Whitehorse Hamilton Square Road,   Suite 304,
                  Hamilton, NJ 08690-3701
                                                                                    TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin C. Fayette     on behalf of Debtor Kpannah T. Kporlor-Smart kfayette@kevinfayette.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Phillip Andrew Raymond    on behalf of Creditor    M&T BANK phillip.raymond@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz     on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```